**E-filed 8/9/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EMPAK, INC.; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. 98-20451 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE ONE EXHIBIT UNDER SEAL IN CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY PURSUANT TO CIVIL LOCAL RULES 79-5 AND 7-11**<br><br>Date:　September 8, 2006<br>Time:　9:00 a.m.<br>Courtroom:　3<br>Judge:　Hon. Jeremy Fogel |

1    Defendants Jenoptik AG, Jenoptik Infab, Inc., and Emtrak, Inc. have filed a Motion for Administrative Relief pursuant to Civil Local Rules 79-5(b) and (c) and 7-11 for permission to file under seal the following exhibit:

1.    Exhibit E (documents produced by plaintiff in this litigation bearing Bates numbers ATI 088129 and ATI 088130) to the Declaration of Daniel T. Shvodian In Support of Defendants' Motion for Summary Judgment of Invalidity.

After considering the requesting papers and all other matters presented to the Court, and finding good cause therefor,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

Dated:  8/9/06

The Honorable Jeremy Fogel
United States District Judge


Submitted August 4, 2006 by:
HOWREY LLP


By:    /s/ Daniel T. Shvodian
Daniel T. Shvodian
Henry C. Bunsow
James F. Valentine
David L. Bilsker

Attorneys for Defendants
JENOPTIK AG, JENOPTIK INFAB, INC.,
EMTRAK, INC., and MEISSNER + WURST GmbH

8373733