**E-filed 8/9/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EMPAK, INC.; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. 98-20451 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN EXHIBITS UNDER SEAL IN CONNECTION WITH DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT THAT PLAINTIFF MAY NOT RECOVER DAMAGES FOR ACTS OCCURRING PRIOR TO THE FILING OF THE LAWSUIT PURSUANT TO CIVIL LOCAL RULES 79-5 AND 7-11**<br><br>Date:　September 8, 2006<br>Time:　9:00 a.m.<br>Courtroom:　3<br>Judge:　Hon. Jeremy Fogel |

1   Defendants Jenoptik AG, Jenoptik Infab, Inc., and Emtrak, Inc. have filed a Motion for
2   Administrative Relief pursuant to Civil Local Rules 79-5(b) and (c) and 7-11 for permission to file
3   under seal the following exhibits:

4   1.  Exhibits **B** (letter from Mark E. Miller of Fliesler, Dubb, Meyer & Lovejoy to Helmut
5   Laub, Managing Director and Jurgen Giessmann, Managing Director, Meissner & Wurst GmbH + Co.,
6   dated June 8, 1993), **C** (letter from Mark E. Miller, Fliesler, Dubb, Meyer & Lovejoy to Karl-Heinz
7   Kuch, System Technology Division, Jenoptik GmbH, dated September 9, 1993), **D** (documents
8   produced by plaintiff in this litigation bearing Bates numbers ATI 079909 and ATI 079910), **F** (ATI
9   082853 through ATI 082865), **G** (ATI 082838 through ATI 082852), **H** (ATI 081230 through ATI
10  081232, ATI 081239, and ATI 081244), **I** (ATI 082827 through ATI 082833), **J** (ATI 081212 through
11  ATI 081216, and ATI 081219 through ATI 081223), **K** (ATI 082193 through ATI 082198, and ATI
12  082200 through ATI 082206), **L** (ATI 082181 through ATI 082185, and ATI 082188 through ATI
13  082192), **M** (ATI 082303 through ATI 082322), **N** (ATI080796 through ATI 080813), **O** (ATI 080781
14  through ATI 080795), **P** (ATI 083224 through ATI 083238), **Q** (ATI 082394 through ATI 082397), **R**
15  (Asyst Technologies, Inc.'s Supplemental Responses to Jenoptik AG's Third Set of Interrogatories,
16  dated November 23, 1998), **S** (ATI 079911), and **W** (excerpts from the transcript of the deposition of
17  Anthony C. Bonara, Volume I, taken in this litigation on September 16, 1998) to the Declaration of
18  Daniel T. Shvodian In Support of Defendants' Motion for Partial Summary Judgment That Plaintiff
19  May Not Recover Damages For Acts Occurring Prior to the Filing of the Lawsuit.

20  After considering the requesting papers and all other matters presented to the Court, and
21  finding good cause therefor,

22  IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

24  Dated: 8/9/06

    The Honorable Jeremy Fogel
    United States District Judge

**HOWREY LLP**

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR
ADMIN RELIEF TO FILE CERTAIN EXHIBITS UNDER SEAL                -1-
CASE NO. 98-20451 JF

DM_US\8373739.v1


1. Submitted August 4, 2006 by:
   HOWREY LLP

2.

3.

4. By: _____/s/ Daniel T. Shvodian_____
   Daniel T. Shvodian
   Henry C. Bunsow
5. James F. Valentine
   David L. Bilsker

6.

   Attorneys for Defendants
7. JENOPTIK AG, JENOPTIK INFAB, INC.,
   EMTRAK, INC., and MEISSNER + WURST GmbH

8.

28. 8373739

**HOWREY LLP**

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMIN RELIEF TO FILE CERTAIN EXHIBITS UNDER SEAL
CASE NO. 98-20451 JF       -2-

DM_US\8373739.v1