1

2

**E-filed 8/9/06**

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

ASYST TECHNOLOGIES, INC.,

Civil Action No. 98-20451 JF

13

Plaintiff,

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN EXHIBITS UNDER SEAL IN CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT PURSUANT TO CIVIL LOCAL RULES 79-5 AND 7-11**

14

v.

15

EMPAK, INC.; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH,

16

17

Defendants.

18

19

AND RELATED COUNTERCLAIMS.

Date:    September 8, 2006
Time:    9:00 a.m.
Courtroom:    3
Judge:    Hon. Jeremy Fogel

20

21

22

23

24

25

26

27

28

1    Defendants Jenoptik AG, Jenoptik Infab, Inc., and Emtrak, Inc. have filed a Motion for

2  Administrative Relief pursuant to Civil Local Rules 79-5(b) and (c) and 7-11 for permission to file

3  under seal the following exhibits:

4    1.    Exhibits C (Asyst Technologies, Inc.'s Supplemental Responses To Defendants' First

5  Set Of Interrogatories dated October 13, 1998), F (documents produced by plaintiff in this litigation

6  bearing Bates numbers ATI 088129 and ATI 088130), and I (Asyst Technologies, Inc.'s Responses To

7  Defendants' First Set Of Interrogatories dated August 3, 1998) to the Declaration of Daniel T.

8  Shvodian In Support of Defendants' Motion for Summary Judgment of No Willful Infringement.

9    After considering the requesting papers and all other matters presented to the Court, and

10  finding good cause therefor,

11    IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

12

13  Dated: _____9/8/06_____    _____

14                              The Honorable Jeremy Fogel
                                United States District Judge

15

16

17  Submitted August 4, 2006 by:
    HOWREY LLP

18

19
    By: _____/s/ Daniel T. Shvodian_____
20  Daniel T. Shvodian
    Henry C. Bunsow
21  James F. Valentine
    David L. Bilsker
22
    Attorneys for Defendants
23  JENOPTIK AG, JENOPTIK INFAB, INC.,
    EMTRAK, INC., and MEISSNER + WURST GmbH
24

25

26

27

28  8373552

HOWREY LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR     -1-
ADMIN RELIEF TO FILE CERTAIN EXHIBITS UNDER SEAL
CASE NO. 98-20451 JF

DM_US\8373552.v1