1  DARRYL M. WOO (CSB No. 100513)
   E-Mail: dwoo@fenwick.com
2  MICHAEL J. SACKSTEDER (CSB No.191605)
   E-Mail: msacksteder@fenwick.com
3  DAVID D. SCHUMANN (CSB No. 223936)
   E-Mail: dschumann@fenwick.com
4  FENWICK & WEST LLP
   275 Battery Street
5  San Francisco, CA 94111
   Telephone: (415) 875-2300
6  Facsimile: (415) 875-1350

7  Attorneys for Plaintiff and Counterdefendant
   ASYST TECHNOLOGIES, INC.

8

9  DANIEL T. SHVODIAN (State Bar No. 184576)
   E-Mail: ShvodianD@howrey.com
10 HENRY C. BUNSOW (State Bar No. 60707)
   E-Mail: BunsowH@howrey.com
11 JAMES F. VALENTINE (State Bar No. 149269)
   E-Mail: ValentineJ@howrey.com
12 DAVID L. BILSKER (State Bar No. 152383)
   E-Mail: BilskerD@howrey.com                    **E-Filed 8/7/06**
13 HOWREY LLP
   1950 University Avenue, 4th Floor
14 East Palo Alto, CA 94303
   Telephone: (650) 798-3500
15 Facsimile: (650) 798-3600

16 Attorneys for Defendants
   JENOPTIK AG, JENOPTIK INFAB, INC.,
17 EMTRAK, INC., and MEISSNER + WURST GmbH

18

19              UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21                   SAN JOSE DIVISION

22 ASYST TECHNOLOGIES, INC.,          Civil Case No. C-98-20451 JF (EAI)

23          Plaintiff,                **JOINT STIPULATION AND
                                       ORDER FOR BRINGING EQUIPMENT
24      v.                            INTO COURTROOM FOR THE
                                       SEPTEMBER 8, 2006 HEARING**
25 EMPAK, INC.; EMTRAK, INC.;
   JENOPTIK AG; JENOPTIK INFAB,       Date:    September 8, 2006
26 INC.; and MEISSNER + WURST GmbH,   Time:    9:00 a.m.
                                       Dept.:   3
27          Defendants.               Judge:   Hon. Jeremy Fogel

28

---
Joint Stipulation and Proposed Order Re                    Case No. C-98-20451 JF (JAI)
Equipment in Courtroom for 9/8/06 Hearing

Plaintiff Asyst Technologies, Inc. ("Asyst") and Defendants Empak, Inc., Emtrak, Inc., Jenoptik AG, Jenoptik Infab, Inc., and Meissner + Wurst GmbH (collectively "Defendants"), by and through their counsel, respectfully submit this Stipulation requesting an Order granting permission to bring the following equipment into the courtroom for the September 8, 2006 hearing on summary judgment:

- laptop computers and accompanying computer hardware, power supplies and cables; and
- LCD projector and accompanying switching equipment.

Good cause exists for the requested order because the equipment will facilitate the presentation of arguments and evidence.

**IT IS SO STIPULATED.**

DATED: September 5, 2006                    HOWREY LLP

                                            By: /s/ Daniel T. Shvodian
                                                 Daniel T. Shvodian

                                            Attorneys for Defendants
                                            EMPAK, INC., EMTRAK, INC., JENOPTIK
                                            AG, JENOPTICK INFAB, INC., and
                                            MEISSNER + WURST GmbH

DATED: September 5, 2006                    FENWICK & WEST LLP

                                            By: /s David D. Schumann
                                                 David D. Schumann

                                            Attorneys for Plaintiff
                                            ASYST TECHNOLOGIES, INC.

<u>ORDER</u>

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that counsel for Asyst will be permitted to bring into the courthouse, and the courtroom, the above-identified equipment.

Dated: 8/7/06

_____
Honorable Jeremy Fogel
United States District Court Judge