1 | DARRYL M. WOO (CSB No. 100513)
MICHAEL J. SACKSTEDER (CSB No.191605)
2 | DAVID D. SCHUMANN (CSB No. 223936)
FENWICK & WEST LLP
3 | 275 Battery Street
San Francisco, CA  94111
4 | Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350
5 | E-mail:  DWoo@fenwick.com
E-mail:  MSacksteder@fenwick.com
6 | E-mail:  DSchumann@fenwick.com

HENRY C. BUNSOW (CSB No. 60707)
DANIEL T. SHVODIAN (CSB No. 184576)
JAMES F. VALENTINE (CSB No. 149269)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA  94303
Telephone:  (650) 798-3500
Facsimile:   (650) 798-3600
E-mail:  BunsowH@howrey.com
E-mail:  ShvodianD@howrey.com
E-mail:  ValentineJ@howrey.com

7 | Attorneys for Plaintiff
ASYST TECHNOLOGIES, INC.

8 |

Attorneys for Defendants
JENOPTIK AG, JENOPTIK INFAB,
INC., and EMTRAK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC.,<br><br>                                Plaintiff,<br><br>                    v.<br><br>EMPAK, INC.; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH,<br><br>                                Defendants.<br>———————————————————<br>AND RELATED COUNTERCLAIMS. | Civil Action No. 98-20451 JF<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRETRIAL DISCLOSURES**<br><br><br><br><br><br>Judge:       Hon. Jeremy Fogel<br>Trial Date:   December 1, 2006 |

HOWREY LLP

1      Trial in this matter is scheduled to begin on December 1, 2006, and the Pretrial Conference is

2  scheduled for November 17.  Rule 26(a)(3) of the Federal Rules of Civil Procedure specifies that

3  "unless otherwise directed by the Court," the parties must file their respective identifications of

4  witnesses, deposition designations, and exhibit lists at least 30 days before trial, which in this case

5  would be November 1.  Rule 26(a)(3) further specifies that the parties must file their objections to the

6  deposition designations and exhibits within 14 days thereafter, which would be November 15.

7      The parties have met and conferred over the timing of these events and, in light of the pending

8  motions for summary judgment, respectfully request jointly that the Court so order that the date for the

9  exchange of witness lists, deposition designations, and exhibit lists be set for November 10, with

10  objections to the exhibits and deposition designations set for November 17.  The parties will still file

11  the Joint Pretrial Conference Statement on November 2 as set forth in the Court's Standing Order re

12  Pretrial Preparation.

14  Dated:  October 23, 2006                Respectfully submitted,

16                             By:       /s/ Darryl M. Woo

17                                    Darryl M. Woo
Michael J. Sacksteder

18                                    David D. Schumann
FENWICK & WEST LLP

19                                    275 Battery Street
San Francisco, CA  94941

20                                    Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

21                                    Attorneys for Plaintiff

22                                    ASYST TECHNOLOGIES, INC.

24  Dated:  October 23, 2006                Respectfully submitted,

26                             By:       /s/ Daniel T. Shvodian

27                                      Henry C. Bunsow
Daniel T. Shvodian

28                                    James F. Valentine
HOWREY LLP

1950 University Avenue, 4th Floor
Palo Alto, CA  94303
Telephone:  (650) 798-3500
Facsimile:   (650) 798-3600
E-mail:  ShvodianD@howrey.com
E-mail:  BunsowH@howrey.com
E-mail:  ValentineJ@howrey.com

Attorneys for Defendants
JENOPTIK AG, JENOPTIK INFAB, INC., and
EMTRAK, INC.

## **ORDER**

The parties having so stipulated, and good cause appearing,

IT IS SO ORDERED.

Dated:  __ 10/24/06 _____

_____
Honorable Jeremy Fogel
United States District Judge

8403163

JOINT STIPULATION & [PROPOSED] ORDER RE PRETRIAL
DISCLOSURES
Case No. 98-20451 JF
DM_US\8403163.v1

HOWREY LLP