**E-filed 11/20/06**

DARRYL M. WOO (CSB No. 100513)
E-Mail: dwoo@fenwick.com
MICHAEL J. SACKSTEDER (CSB No.191605)
E-Mail: msacksteder@fenwick.com
DAVID D. SCHUMANN (CSB No. 223936)
E-Mail: dschumann@fenwick.com
FENWICK & WEST LLP
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff and Counterdefendant
ASYST TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMPAK, INC.; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH, <br><br> Defendants. | Civil Case No. C-98-20451 JF (EAI) <br><br> **ASYST TECHNOLOGIES, INC.'S MISCELLANEOUS ADMINSTRATIVE REQUEST FOR PERMISSION TO FILE CERTAIN DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER** <br><br> Trial Date: December 1, 2006 <br> Time: 9:00 a.m. <br> Dept.: 3, Fifth Floor <br> Judge: Hon. Jeremy Fogel |

Pursuant to Civ. L.R. 79-5(d) and 7-11, Plaintiff Asyst Technologies, Inc. ("Asyst") moves to file under seal the following documents or portions of documents, as indicated below:

1. **Amended Exhibit 3 to the Declaration of David D. Schumann In Support of Asyst Technologies, Inc.'s Motions *In Limine*, dated November 7, 2006.**

The following document has been designated "confidential -- attorneys only" by defendants pursuant to the Protective Order in this case. In accordance with the Protective Order entered by the Court in this matter, which directs the parties to file such materials under seal, Asyst respectfully requests that the Court allow it to file under seal pursuant to Civ. L.R. 79-5 the

1  below-referenced documents.

2  **Amended Exhibit 3** is a true and correct copy of relevant excerpts of the Expert Report of

3  Dr. Vincent E. O'Brien, dated December 9, 1998.

4  Dated:  November 8, 2006                                    FENWICK & WEST LLP

6                                                                                    By:   s/David D. Schumann
                                                                                             David D. Schumann

7                                                                                    Attorneys for Plaintiff
8                                                                                    ASYST TECHNOLOGIES, INC.

10  IT IS HEREBY ORDERED that the above-listed documents shall be filed under seal.

11  IT IS SO ORDERED.

12  Dated:  November  20 , 2006                            _____
13                                                                                    The Honorable Jeremy Fogel
                                                                                       United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ASYST'S MISC. ADMIN. REQS. FOR                    2                    CASE NO. C-98-20451 JF (EAI)
PERMISSION TO FILE UNDER SEAL &
[PROPOSED] ORDER