**E-filed 11/20/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMPAK, INC.; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No. 98-20451 JF <br><br> [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE EXHIBITS A, C, D, F, G, I, J, K, L, M, P AND Q UNDER SEAL IN CONNECTION WITH DEFENDANTS' OMNIBUS MOTION *IN LIMINE* PURSUANT TO CIVIL LOCAL RULES 79-5 AND 7-11** <br><br> Trial Date: December 1, 2006 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br> Judge: Hon. Jeremy Fogel |

1    Defendants Jenoptik AG, Jenoptik Infab, Inc., and Emtrak, Inc. have filed a Motion for Administrative Relief pursuant to Civil Local Rules 79-5(b) and (c) and 7-11 for permission to file under seal the following exhibits:

4. 1.    Exhibit A to the Declaration of Daniel T. Shvodian In Support of Defendants' Omnibus Motion *In Limine* – excerpts from Asyst Technologies, Inc.'s Reponses to Defendants' First Set of Interrogatories dated August 3, 1998;

2.    Exhibit C to the Declaration of Daniel T. Shvodian In Support of Defendants' Omnibus Motion *In Limine* – excerpts from Asyst Technologies, Inc.'s Supplemental Responses to Defendants' First Set of Interrogatories dated October 13, 1998;

3.    Exhibit D to the Declaration of Daniel T. Shvodian In Support of Defendants' Omnibus Motion *In Limine* – excerpts from the September 10, 1998 deposition transcript of James Holliday;

4.    Exhibit F to the Declaration of Daniel T. Shvodian In Support of Defendants' Omnibus Motion *In Limine* – excerpts from the December 10, 1998 deposition transcript of Jurgen Giessmann;

5.    Exhibit G to the Declaration of Daniel T. Shvodian In Support of Defendants' Omnibus Motion *In Limine* – excerpts from the December 11, 1998 deposition transcript of Jurgen Giessmann;

6.    Exhibit I to the Declaration of Daniel T. Shvodian In Support of Defendants' Omnibus Motion *In Limine* – excerpts from the October 22, 1998 deposition transcript of Rudolf Simon;

7.    Exhibit J to the Declaration of Daniel T. Shvodian In Support of Defendants' Omnibus Motion *In Limine* – Expert Report of Professor David C. Mowery dated November 9, 1998;

8.    Exhibit K to the Declaration of Daniel T. Shvodian In Support of Defendants' Omnibus Motion *In Limine* – Expert Report of Daniel Burns dated November 9, 1998;

9.    Exhibit L to the Declaration of Daniel T. Shvodian In Support of Defendants' Omnibus Motion *In Limine* – letter dated June 9, 1993, from Mark E. Miller of Fliesler, Dubb, Meyer & Lovejoy to Helmut Laub, Managing Director, and Jurgen Giessmann, Managing Director, Meissner & Wurst GmbH;

10.    Exhibit M to the Declaration of Daniel T. Shvodian In Support of Defendants' Omnibus Motion *In Limine* – excerpts from Asyst Technologies, Inc.'s Second Supplemental Responses to Defendants' First Set of Interrogatories dated April 23, 1999;

11. Exhibit P to the Declaration of Daniel T. Shvodian In Support of Defendants' Omnibus Motion *In Limine* – Exhibit 4 to the Expert Report of Professor David C. Mowery dated November 9, 1998; and

12. Exhibit Q to the Declaration of Daniel T. Shvodian In Support of Defendants' Omnibus Motion *In Limine* – Exhibit 12 to the Expert Report of Professor David C. Mowery dated November 9, 1998.

After considering the requesting papers and all other matters presented to the Court, and finding good cause therefor,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

Dated: 11/20/06

_____
The Honorable Jeremy Fogel
United States District Judge

Submitted November 7, 2006 by:
HOWREY LLP

By: /s/ Daniel T. Shvodian
Daniel T. Shvodian
Henry C. Bunsow
James F. Valentine
David L. Bilsker

Attorneys for Defendants
JENOPTIK AG, JENOPTIK INFAB, INC.,
EMTRAK, INC., and MEISSNER + WURST GmbH

8373733