| | |
|---|---|
| DARRYL M. WOO (CSB No. 100513)<br>MICHAEL J. SACKSTEDER (CSB No.191605)<br>DAVID D. SCHUMANN (CSB No. 223936)<br>FENWICK & WEST LLP<br>275 Battery Street<br>San Francisco, CA 94111<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br>E-mail: DWoo@fenwick.com<br>E-mail: MSacksteder@fenwick.com<br>E-mail: DSchumann@fenwick.com<br><br>Attorneys for Plaintiff<br>ASYST TECHNOLOGIES, INC. | DANIEL T. SHVODIAN (CSB No. 184576)<br>JAMES F. VALENTINE (CSB No. 149269)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600<br>E-mail: ShvodianD@howrey.com<br>E-mail: ValentineJ@howrey.com<br><br>Attorneys for Defendants<br>JENOPTIK AG, JENOPTIK INFAB, INC., and EMTRAK, INC.<br><br>**E-filed 12/4/06** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>EMPAK, INC.; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH,<br><br>           Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. 98-20451 JF<br><br>**JOINT STIPULATION RE SCHEDULE FOR EXCHANGE OF PRETRIAL MATERIALS AND [PROPOSED] ORDER**<br><br>Trial Date:   January 5, 2007<br>Courtroom:  3<br>Judge:          Hon. Jeremy Fogel |

Trial in this matter having been rescheduled by the Court from December 1, 2006 to January 5, 2007, the parties have agreed on the following schedule for exchange of pretrial materials, subject to the Court's approval:

| | |
|---|---|
| November 30, 2006 | Exchange of Plaintiff's and Defendants' written counter-designations to depositions; |
| December 7, 2006 | Exchange of written objections to Plaintiff's and Defendants' proposed Trial Exhibits; |
| December 7, 2006 | Exchange of written objections to deposition designations and counter-designations; |
| Week of December 11 | Meet and confer regarding objections to proposed Trial Exhibits and objections to deposition designations and counter-designations; |
| December 14, 2006 | Opposition due to Plaintiff's Motions *In Limine* Nos. 1 through 15, to Defendants' Omnibus Motion *In Limine*, and to Defendants' Motion to Exclude Plaintiff's New Fact Witnesses; |
| December 14, 2006 | Exchange draft jury instructions; and |
| Week of December 18 | Meet and confer regarding jury instructions. |

The parties disagree about whether the parties are entitled to file reply briefs in support of their Motions *In Limine* and Defendants' Motion to Exclude Plaintiff's New Fact Witnesses. Defendants assert that the parties are so entitled and Plaintiff disagrees.

Dated: November 28, 2006

Respectfully submitted,

FENWICK & WEST LLP

By:      /s/ Darryl M. Woo
Darryl M. Woo
Michael J. Sacksteder
David D. Schumann
275 Battery Street
San Francisco, CA  94111

HOWREY LLP

JOINT STIPULATION RE SCHEDULE FOR EXCHANGE OF PRETRIAL MATERIALS AND [PROPOSED] ORDER
Case No. 98-20451 JF

1

Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
ASYST TECHNOLOGIES, INC.


HOWREY LLP


By:     /s/ Daniel T. Shvodian
    Daniel T. Shvodian
    James F. Valentine
    1950 University Avenue, 4th Floor
    East Palo Alto, CA 94303
    Telephone: (650) 798-3500
    Facsimile: (650) 798-3600
    E-mail: ShvodianD@howrey.com
    E-mail: ValentineJ@howrey.com

Attorneys for Defendants
JENOPTIK AG, JENOPTIK INFAB, INC., and
EMTRAK, INC.

**ORDER**

Having read the foregoing Joint Stipulation and good cause appearing therefor,

IT IS SO ORDERED.

Dated: 12/1/06

_____
The Honorable Jeremy Fogel
United States District Judge

8413132

HOWREY LLP

JOINT STIPULATION RE SCHEDULE FOR EXCHANGE OF
PRETRIAL MATERIALS AND [PROPOSED] ORDER
Case No. 98-20451 JF

2