**E-filed 12/19/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EMPAK, INC.; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. 98-20451 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE EXHIBITS A, G, and H UNDER SEAL IN CONNECTION WITH DEFENDANTS' OMNIBUS OPPOSITION TO ASYST'S MOTIONS *IN LIMINE* PURSUANT TO CIVIL LOCAL RULES 79-5 AND 7-11**<br><br>Trial Date:　January 5, 2007<br>Time:　　　1:30 p.m.<br>Courtroom:　3<br>Judge:　　　Hon. Jeremy Fogel |

1  Defendants Jenoptik AG, Jenoptik Infab, Inc., and Emtrak, Inc. have filed a Motion for
2  Administrative Relief pursuant to Civil Local Rules 79-5(b) and (c) and 7-11 for permission to file
3  under seal the following described documents, which are exhibits to the Declaration of Daniel T.
4  Shvodian In Support of Defendants' Omnibus Opposition to Asyst's Motions *In Limine*:
5      1.    Exhibit A, a true and correct copy of a document produced in this litigation, bearing
6  Bates number VLSI 0000491.
7      2.    Exhibit G, a true and correct copy of Exhibit C-18 to the Expert Report of Daniel Burns,
8  submitted November 9, 1998.
9      3.    Exhibit H, a true and correct copy of Exhibits 5 and 9 to the Expert Report of Professor
10  David C. Mowery, dated November 9, 1998.
11      After considering the requesting papers and all other matters presented to the Court, and
12  finding good cause therefor,
13      IT IS HEREBY ORDERED that Defendants' motion is GRANTED.
14
15  Dated: 12/19/06
16                                                The Honorable Jeremy Fogel
                                              United States District Judge
17
18
19  Submitted December 14, 2006 by:
20  HOWREY LLP
21
22  By:   /s/ Daniel T. Shvodian
     Daniel T. Shvodian
23       James F. Valentine
24  Attorneys for Defendants
    JENOPTIK AG, JENOPTIK INFAB, INC.,
25  EMTRAK, INC., and MEISSNER + WURST GmbH
26
27
28  8421153

**HOWREY LLP**

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR
ADMIN RELIEF TO FILE CERTAIN EXHIBITS UNDER SEAL    -1-
CASE NO. 98-20451 JF