**E-filed 12/19/06**

DARRYL M. WOO (CSB No. 100513)
E-Mail: dwoo@fenwick.com
MICHAEL J. SACKSTEDER (CSB No.191605)
E-Mail: msacksteder@fenwick.com
DAVID D. SCHUMANN (CSB No. 223936)
E-Mail: dschumann@fenwick.com
FENWICK & WEST LLP
275 Battery Street
San Francisco, CA  94111
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Plaintiff and Counterdefendant
ASYST TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMPAK, INC.; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH, <br><br> Defendants. | Civil Case No. C-98-20451 JF (EAI) <br><br> **ASYST TECHNOLOGIES, INC.'S MISCELLANEOUS ADMINSTRATIVE REQUEST FOR PERMISSION TO FILE CERTAIN DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER** <br><br> Trial Date:    January 5, 2007 <br> Time:           9:00 a.m. <br> Dept.:          3, Fifth Floor <br> Judge:         Hon. Jeremy Fogel |

Pursuant to Civ. L.R. 79-5(d) and 7-11, Plaintiff Asyst Technologies, Inc. ("Asyst") moves to file under seal the following portions of document, as indicated below:

1.    **Designated Portions of Asyst Technologies, Inc.'s Opposition To Defendants' Omnibus Motion *In Limine* And Motion To Exclude Plaintiff's New Fact Witnesses, dated December 14, 2006.**

The designated portions (highlighted in yellow) of the above document refer to, quote from, or were otherwise derived from information has been designated confidential by defendants pursuant to the Protective Order in this case.  In accordance with the Protective Order entered by

the Court in this matter, which directs the parties to file such materials under seal, Asyst respectfully requests that the Court allow it to file under seal pursuant to Civ. L.R. 79-5 the below-referenced documents.

Dated:  December 14, 2006

FENWICK & WEST LLP

By:   s/David D. Schumann
       David D. Schumann

Attorneys for Plaintiff
ASYST TECHNOLOGIES, INC.

    IT IS HEREBY ORDERED that the above-listed document shall be filed under seal.

IT IS SO ORDERED.

Dated:  December  19, 2006

_____
The Honorable Jeremy Fogel
United States District Judge

ASYST'S MISC. ADMIN. REQS. FOR PERMISSION TO FILE UNDER SEAL & [PROPOSED] ORDER

2

CASE NO. C-98-20451 JF (EAI)