| | |
|---|---|
| DARRYL M. WOO (CSB No. 100513) | DANIEL T. SHVODIAN (CSB No. 184576) |
| dwoo@fenwick.com | shvodiand@howrey.com |
| MICHAEL J. SACKSTEDER (CSB No.191605) | JAMES F. VALENTINE (CSB No. 149269) |
| msacksteder@fenwick.com | valentinej@howrey.com |
| DAVID D. SCHUMANN (CSB No. 223936) | FLOYD R. NATION (TSB No. 14819500, |
| dschumann@fenwick.com | *pro hac vice*) |
| FENWICK & WEST LLP | nationf@howrey.com |
| 275 Battery Street | STEPHEN E. EDWARDS (TSB No. 784008, |
| San Francisco, CA  94941 | *pro hac vice*) |
| Telephone:    (415) 875-2300 | edwardss@howrey.com |
| Facsimile:    (415) 281-1350 | HOWREY LLP |
| | 1950 University Avenue, 4th Floor |
| Attorneys for Plaintiff | East Palo Alto, CA  94303 |
| ASYST TECHNOLOGIES, INC. | Telephone:    (650) 798-3500 |
| | Facsimile:    (650) 798-3600 |
| | |
| | Attorneys for Defendants |
| | JENOPTIK AG, JENOPTIK INFAB, |
| | INC., EMTRAK, INC., and |
| | MEISSNER + WURST GmbH |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC., | Case No. C-98-20451 JF (EAI) |
| Plaintiff, | **JOINT STIPULATION & [PROPOSED] ORDER FOR BRINGING EQUIPMENT INTO COURTROOM FOR THE TRIAL** |
| v. | |
| EMPAK, INC.; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH, | Trial Date:    January 12, 2007<br>Courtroom:    #3<br>Judge:          Hon. Jeremy Fogel |
| Defendants. | |
| AND OTHER COUNTERCLAIMS. | |

    Plaintiff Asyst Technologies, Inc. ("Asyst") and Defendants Empak, Inc., Emtrak, Inc., Jenoptik AG, Jenoptik Infab, Inc., and Meissner + Wurst GmbH (collectively "Defendants"), by and through their counsel, respectfully submit this Stipulation requesting an Order granting

permission to bring the following equipment into the courtroom for the trial of this matter, currently scheduled for January 12, 2007:

    (1)    One ELMO visual presenter;

    (2)    Eleven flat-panel display monitors;

    (3)    Five pedestals for jury flat-panel display monitors;

    (4)    One Sanyo LCD Projector;

    (5)    One Da-Lite 8' projection screen;

    (6)    One Extron Switcher with two distribution amps;

    (7)    One Shure mixer with speakers;

    (8)    Two easels;

    (9)    Miscellaneous stands, carts, cables, skirts, etc.; and

    (10)    Lap top computers.

Good cause exists for the requested order because the equipment will facilitate the presentation of the case to the jury at trial.

**IT IS SO STIPULATED.**

DATED: January 10, 2007        FENWICK & WEST LLP

By: s/David D. Schumann
      David D. Schumann

Attorneys for Plaintiff
ASYST TECHNOLOGIES, INC.

DATED: January 10, 2007        HOWREY LLP

By: s/Daniel T. Shvodian
      Daniel T. Shvodian

Attorneys for Defendants
EMPAK, INC., EMTRAK, INC., JENOPTIK AG, JENOPTICK INFAB, INC., and MEISSNER + WURST GmbH

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that counsel for Asyst and Empak, or their assistants or vendors, are permitted to bring into the courthouse, and the courtroom, the above-identified equipment for the period January 11, 2007 through February 2, 2007, or the end of trial, whichever is earlier.

Dated: ___January 11_____, 2007

_____
Honorable Jeremy Fogel
United States District Court Judge