**E-filed 2/9/07**

1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12   ASYST TECHNOLOGIES, INC.,            | Civil Action No. 98-20451 JF

13                      Plaintiff,         | [~~PROPOSED~~] ORDER GRANTING
                                           | **DEFENDANTS' UNOPPOSED**
14              v.                         | **MOTION FOR ADMINISTRATIVE**
                                           | **RELIEF FOR A REVISED POST-**
15   EMPAK, INC.; EMTRAK, INC.; JENOPTIK AG; | **TRIAL BRIEFING SCHEDULE**
     JENOPTIK INFAB, INC.; and MEISSNER +
16   WURST GmbH,

17                      Defendants.        | Post-Trial Motion Hearing Date:

18   _____   |             March 29, 2007
                                           | Time:        1:30 p.m.
19   AND RELATED COUNTERCLAIMS.            | Courtroom:    3
                                           | Judge:        Hon. Jeremy Fogel
20   _____

21

22

23

24

25

26

27

28

1    Defendants Jenoptik AG, Jenoptik Infab, Inc., and Emtrak, Inc. have filed a Motion for

2  Administrative Relief for a Revised Briefing Schedule regarding the post-trial motions.

3    After considering the requesting papers and all other matters presented to the Court, and

4  finding good cause therefor,

5    IT IS HEREBY ORDERED that Defendants' motion is GRANTED.  Defendants' opening

6  post-trial motions shall be due March 7, Asyst's opposition briefs shall be due March 21, and

7  Defendants' reply briefs shall be due March 26.  The oral arguments shall remain set for March 29,

8  2007.

9

10  Dated: _____2/9/07_____    _____

11                                           The Honorable Jeremy Fogel
                                           United States District Judge

12

13  Submitted February 8, 2006 by:
    HOWREY LLP

14

15  By: _____/s/ Daniel T. Shvodian_____

16  Daniel T. Shvodian
    James F. Valentine

17  Floyd R. Nation
    Stephen E. Edwards

18

    Attorneys for Defendants

19  JENOPTIK AG, JENOPTIK INFAB, INC., and
    EMTRAK, INC.

20

21

22

23

24

25

26

27

28  8433502

[PROPOSED] ORDER GRANTING DEFS. MOTION FOR ADMIN.
RELIEF FOR A REVISED POST-TRIAL BRIEFING SCHEDULE
  CASE NO. 98-20451 JF

-1-