*efiled 3/30/07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ASYST TECHNOLOGIES, INC., | Civil Action No. 98-20451 JF |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE AN OVERLENGTH BRIEF FOR JMOL AND/OR NEW TRIAL RE OBVIOUSNESS** |
| v. | |
| EMPAK, INC.; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH, | |
| Defendants. | Post-Trial Motion Hearing Date: March 29, 2007 |
| AND RELATED COUNTERCLAIMS. | Time:      ~~1:30 p.m.~~ 10:00 a.m.<br>Courtroom: 3<br>Judge:      Hon. Jeremy Fogel |

1  Defendants Jenoptik AG, Jenoptik Infab, Inc., and Emtrak, Inc. have filed an unopposed
2  Motion for Administrative Relief to file an overlength brief in support of their motion for JMOL and/or
3  a new trial regarding obviousness.
4  After considering the requesting papers and all other matters presented to the Court, and
5  finding good cause therefor,
6  IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

8  Dated: 3/29/07

   _____
   The Honorable Jeremy Fogel
   United States District Judge

11  Submitted March 7, 2007 by:
    HOWREY LLP

14  By: /s/ Daniel T. Shvodian
    Daniel T. Shvodian
    James F. Valentine
15  Floyd R. Nation
    Stephen E. Edwards

17  Attorneys for Defendants
    JENOPTIK AG, JENOPTIK INFAB, INC., and
    EMTRAK, INC.

28  20247627

**HOWREY LLP**

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR
ADMINISTRATIVE RELIEF TO FILE AN OVERLENGTH BRIEF    -1-
Case No. 98-20451 JF