DARRYL M. WOO (CSB No. 100513)
E-Mail:  dwoo@fenwick.com
MICHAEL J. SACKSTEDER (CSB No.191605)
E-Mail:  msacksteder@fenwick.com
DAVID D. SCHUMANN (CSB No. 223936)
E-Mail:  dschumann@fenwick.com
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Plaintiff and Counterdefendant
ASYST TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>EMPAK, INC.; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH,<br><br>          Defendants. | Case No. C-98-20451 JF (EAI)<br><br>**[PROPOSED] ORDER GRANTING ASYST TECHNOLOGIES, INC.'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE AN OVERLENGTH OPPOSITION TO DEFENDANTS' MOTION FOR JMOL OR NEW TRIAL RE OBVIOUSNESS**<br><br>Date:         March 29, 2007<br>Time:         10:00 a.m.<br>Courtroom:  3, Fifth Floor<br>Judge:        Hon. Jeremy Fogel |

Plaintiff Asyst Technologies, Inc. has filed an unopposed Motion for Administrative Relief to file an overlength opposition to Defendants Jenoptik AG, Jenoptik Infab, Inc., and Emtrak, Inc.'s motion for JMOL or a new trial regarding obviousness.

After considering the requesting papers and all other matters presented to the Court, and finding good cause therefore,

IT IS HEREBY ORDERED that plaintiff's motion is GRANTED.

Dated: 3/29/07

_____
The Honorable Jeremy Fogel
United States District Judge

Submitted March 21, 2007 by:
FENWICK & WEST LLP

By:    /s/Darryl M. Woo
Darryl M. Woo
Michael J. Sacksteder
David D. Schumann

Attorneys for Plaintiffs
ASYST TECHNOLOGIES, INC.

[PROPOSED] ORDER GRANTING ASYST'S UNOPPOSED MTN FOR ADMIN. RELIEF TO FILE OVERLENGTH BRIEF     1     CASE NO. C-98-20451 JF (EAI)