*efiled 3/30/07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>EMPAK, INC.; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH,<br><br>               Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. 98-20451 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO FILE OVERLENGTH REPLY BRIEFS IN SUPPORT OF THEIR MOTION FOR JMOL AND/OR NEW TRIAL RE OBVIOUSNESS AND THEIR MOTION FOR JMOL RE 35 U.S.C. § 271(f) ISSUES AND/OR FOR A NEW TRIAL**<br><br>Post-Trial Motion Hearing Date:<br>               March 29, 2007<br>Courtroom:   3<br>Time:          10:00 a.m.<br>Judge:         Hon. Jeremy Fogel |

("PROPOSED" is shown struck through)

HOWREY LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR
ADMINISTRATIVE RELIEF TO FILE OVERLENGTH REPLY BRIEFS
Case No. 98-20451 JF

1  Defendants Jenoptik AG, Jenoptik Infab, Inc., and Emtrak, Inc. have filed an unopposed
2  Motion for Administrative Relief to file overlength reply briefs in support of their motion for judgment
3  as a matter of law or for a new trial regarding obviousness and in support of their motion for judgment
4  as a matter of law regarding noninfringement under 35 U.S.C. § 271(f).

5  After considering the requesting papers and all other matters presented to the Court, and
6  finding good cause therefor,

7  IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

Dated: 3/29/07

The Honorable Jeremy Fogel
United States District Judge

Submitted March 26, 2007 by:
HOWREY LLP

By: /s/ Daniel T. Shvodian
Daniel T. Shvodian
James F. Valentine
Floyd R. Nation
Stephen E. Edwards

Attorneys for Defendants
JENOPTIK AG, JENOPTIK INFAB, INC., and
EMTRAK, INC.

20343314

HOWREY LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR
ADMINISTRATIVE RELIEF TO FILE OVERLENGTH REPLY BRIEFS     -1-
Case No. 98-20451 JF