\*\*E-Filed 5/23/07\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EMPAK, INC., et al.,<br><br>　　　　　　Defendants. | Case Number C 98-20451 JF<br><br>ORDER SETTING SCHEDULE FOR SUPPLEMENTAL BRIEFING |

　　The parties shall submit simultaneous supplemental briefs, not to exceed fifteen (15) pages, within ten days of the date of this order, addressing the impact of *KSR International Co. v. Teleflex, Inc.*, 127 S.Ct. 1727 (2007) on the following issues: (1) Defendants' motion for judgment as a matter of law that the asserted claims are invalid for obviousness in light of Hesser, or alternatively for a new trial on this issue; and (2) Defendants' motion for a new trial on that ground that this Court gave erroneous jury instructions. The matter thereafter will be submitted without further oral argument unless the parties are notified otherwise by the Court.

Case No. C 98-20451 JF
ORDER SETTING SCHEDULE FOR SUPPLEMENTAL BRIEFING
(JFLC2)

1  The Court hereby sets a status conference on June 29, 2007 at 10:30 a.m.
2  IT IS SO ORDERED.

10  Dated: 5/23/07

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 98-20451 JF
ORDER SETTING SCHEDULE FOR SUPPLEMENTAL BRIEFING
(JFLC2)

1  Copies of this Order were served on the following persons:

2

3  Joseph Stephen Belichick    jbelichick@fenwick.com, ssanford@fenwick.com

4  David Leon Bilsker    bilskerd@howrey.com, schwarzd@howrey.com

5  Henry C. Bunsow    bunsowh@howrey.com, lim@howrey.com

6  Michael J. Sacksteder    msacksteder@fenwick.com, gdunlap@fenwick.com; docketcalendarrequests@fenwick.com

7

8  David Douglas Schumann    dschumann@fenwick.com

9  Daniel T. Shvodian    shvodiand@howrey.com, HockinL@howrey.com; cranes@howrey.com

10  James F. Valentine    valentinej@howrey.com, hockinl@howrey.com

11  Darryl M. Woo    dwoo@fenwick.com, anolen@fenwick.com; vschmitt@fenwick.com

12  Floyd R. Nation
    Arnold White & Durkee
    600 Congress Ave
13  1900 One American Center
    Austin, TX 78701

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 98-20451 JF
ORDER SETTING SCHEDULE FOR SUPPLEMENTAL BRIEFING
(JFLC2)