DARRYL M. WOO (CSB No. 100513)
dwoo@fenwick.com
MICHAEL J. SACKSTEDER (CSB No.191605)
msacksteder@fenwick.com
DAVID D. SCHUMANN (CSB No. 223936)
dschumann@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

Attorneys for Plaintiff
ASYST TECHNOLOGIES, INC.

DANIEL T. SHVODIAN (CSB No. 184576)
shvodiand@howrey.com
JAMES F. VALENTINE (CSB No. 149269)
valentinej@howrey.com
FLOYD R. NATION (TSB No. 14819500,
pro hac vice)
nationf@howrey.com
STEPHEN E. EDWARDS (TSB No. 784008,
pro hac vice)
edwardss@howrey.com
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA  94303
Telephone:   (650) 798-3500
Facsimile:   (650) 798-3600

Attorneys for Defendants
JENOPTIK AG, JENOPTIK INFAB,
INC., EMTRAK, INC., and
MEISSNER + WURST GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EMPAK, INC.; EMTRAK, INC.;<br>JENOPTIK AG; JENOPTIK INFAB, INC.;<br>and MEISSNER + WURST GmbH,<br><br>Defendants.<br><br>AND OTHER COUNTERCLAIMS. | Case No. C-98-20451 JF (EAI)<br><br>**JOINT STIPULATION & [~~PROPOSED~~]<br>ORDER FOR BRINGING EQUIPMENT<br>INTO COURTROOM**<br><br>Date:          June 29, 2007<br>Time:          11:00 am<br>Courtroom: 3, Fifth Floor<br>Judge:         Hon. Jeremy Fogel |

Plaintiff Asyst Technologies, Inc. ("Asyst") and Defendants Empak, Inc., Emtrak, Inc.,

Jenoptik AG, Jenoptik Infab, Inc., and Meissner + Wurst GmbH (collectively "Defendants"), by

and through their counsel, respectfully submit this Stipulation requesting an Order granting

permission to bring the following equipment into the courtroom for oral argument scheduled for

June 29, 2007:

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    (1)    One LCD projector;

2    (2)    Miscellaneous cables; and

3    (3)    Lap top computers.

4    Good cause exists for the requested order because the equipment will facilitate the

5    presentation of the parties' oral argument.

6    **IT IS SO STIPULATED.**

7    DATED:  June 28, 2007                    FENWICK & WEST LLP

8                                             By: /s/Darryl M. Woo
9                                                 Darryl M. Woo

10                                            Attorneys for Plaintiff
                                              ASYST TECHNOLOGIES, INC.
11
                                              HOWREY LLP
12
13   DATED:  June 28, 2007                    By: /s/Daniel T. Shvodian
                                                  Daniel T. Shvodian
14
15                                            Attorneys for Defendants
                                              EMPAK, INC., EMTRAK, INC., JENOPTIK
16                                            AG, JENOPTICK INFAB, INC., and
                                              MEISSNER + WURST GmbH

17

18                              **[PROPOSED] ORDER**

19   **PURSUANT TO STIPULATION, IT IS SO ORDERED** that counsel for Asyst and

20   Defendants, or their assistants or vendors, are permitted to bring into the courthouse, and the

21   courtroom, the above-identified equipment on June 29, 2007.

22   Dated:  6/29 _____, 2007

23                                                 Honorable Jeremy Fogel
                                                   United States District Court Judge
24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO