\*\*E-filed 08/03/07\*\*

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>EMPAK, INC., et al.,<br><br>　　　　　　　Defendants. | Case Number C 98-20451 JF (EAI)<br><br>JUDGMENT[1] |

Defendants' motion for judgment as a matter of law that claims 2 and 11-14 of United States Patent Number 5,097,421 ("the '421 patent") are invalid due to obviousness having been granted, IT IS HEREBY ORDERED, DECREED, AND ADJUDGED that the said claims are hereby declared invalid under 35 U.S.C. § 103.  Judgment is hereby entered in favor of Defendants.

IT IS SO ORDERED.

DATED:  August 3, 2007

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 98-20451 JF (EAI)
JUDGMENT
(JFLC3)

1  Copies of this Order have been served upon the following persons:

2

3

4  Counsel for Plaintiff:

5  Darryl M. Woo
   Fenwick & West LLP
6  Silicon Valley Center
   801 California Street
7  Mountain View, CA 94041-2008
   Fax: (650) 938-5200
8

9
   Counsel for Defendants:
10
   Daniel T. Shvodian
11 James F. Valentine
   David L. Bilsker
12 Howrey LLP
   301 Ravenswood Avenue
13 Menlo Park, CA 94025-3434
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 98-20451 JF (EAI)
JUDGMENT
(JFLC3)