\*\*E-filed 8/29/07\*\*

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>EMPAK, INC., et al., <br><br>　　　　　Defendants. | Case Number C 98-20451 JF (HRL) <br><br>ORDER[1] DENYING MOTION TO ALTER OR AMEND THE JUDGMENT <br><br>[re: docket no. 1118] |

　　　　Plaintiff Asyst Technologies, Inc. ("Asyst") moves to alter or amend the judgment of this Court to include rulings on all post-trial motions filed by Defendants Jenoptik AG, Jenoptik Infab, Inc. and Emtrak, Inc. ("Jenoptik").

　　　　On August 3, 2007, this Court granted Jenoptik's motion for judgment as a matter of law ("JMOL") pursuant to Fed. R. Civ. P. 50(b), on the basis that claims 2 and 11-14 of U.S. Patent No. 5,097,421 ("the '421 patent") are invalid due to obviousness. *See* Dkt. 1115. In the alternative, in the event that JMOL on the issue of obviousness were to be vacated or reversed on appeal, the Court granted Jenoptik's motion for a new trial pursuant to Fed. R. Civ. P. 50(c) and Fed. R. Civ. P. 59, both because the jury was improperly instructed on the issue of obviousness

---

[1] This disposition is not designated for publication and may not be cited.

in light of the Supreme Court's subsequent decision in *KSR Int'l Co. v. Teleflex, Inc.*, 127 S.Ct. 1727 (2007) and because the jury's finding that the Hesser reference was not relevant prior art was not supported by the record. *Id.* The Court terminated Jenoptik's remaining motions without prejudice, including its motion for a new trial or remittitur with respect to damages. *Id.* The Court noted that because it found claims 2 and 11-14 of the '421 patent invalid it did not have to reach the issue of damages, but that it if it were to reach that issue it would be inclined to grant a new trial or remittitur. *Id.*

Asyst contends that the Court should decide the motion with respect to damages "to avoid the possibility of further seriatim appeals." Asyst Motion to Alter or Amend the Judgment, 2:19 ("Asyst Motion"). Asyst cites several Federal Circuit cases in support of its argument. *See Cardinal Chem. Co. v. Morton Int'l*, 508 U.S. 83, 97-102 (1993); *Microsoft, Inc. v. Multi-Tech Sys., Inc.*, 357 F.3d 1340, 1351 (Fed. Cir. 2004); *Chimie v. PPG Indus., Inc.*, 402 F.3d 1371, 1383 (Fed. Cir. 2005); and *Impro II Licensing S.A.R.L. v. T-Mobile USA, Inc.*, 450 F.3d 1350, 1358-60 (Fed. Cir. 2006). In each of these cited cases, the Court of Appeals construed all contested claim limitations even though a determination with respect to infringement was possible based on particular claim terms. The court reasoned that this approach furthered judicial economy because a valid patent might be asserted against future infringers and thus the disputed claim terms, while not relevant to the finding of infringement in the instant cases, might be relevant in future infringement actions against different infringers.

The instant case presents an entirely different situation. The Court simply has concluded that the rather complex issues presented with respect to the quantum of damages are rendered moot by its determination that the patent is invalid and that the jury was incorrectly instructed with respect to obviousness. Should these determinations be reversed in their entirety, the quantum of damages to which Asyst is entitled will be the sole remaining issue for determination; there are no future infringers or other third parties whose rights may be implicated.

Accordingly, the motion is denied.

IT IS SO ORDERED.

DATED: 8/29/07

_____
JEREMY FOGEL
United States District Judge

Case No. C 98-20451 JF (HRL)
ORDER DENYING MOTION TO ALTER OR AMEND THE JUDGMENT.
(JFLC3)

1  Copies of this Order have been served upon the following persons:

2
   Counsel for Plaintiff:
3
   Darryl M. Woo
4  Fenwick & West LLP
   Silicon Valley Center
5  801 California Street
   Mountain View, CA 94041-2008
6  Fax: (650) 938-5200

7  Counsel for Defendants:

8  Daniel T. Shvodian
   James F. Valentine
9  David L. Bilsker
   Howrey LLP
10 301 Ravenswood Avenue
   Menlo Park, CA 94025-3434

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4