| | |
|---|---|
| DARRYL M. WOO (CSB No. 100513) <br> E-Mail: dwoo@fenwick.com <br> MICHAEL J. SACKSTEDER (CSB No.191605) <br> E-Mail: msacksteder@fenwick.com <br> DAVID D. SCHUMANN (CSB No. 223936) <br> E-Mail: dschumann@fenwick.com <br> FENWICK & WEST LLP <br> 555 California Street, 12th Floor <br> San Francisco, CA  94104 <br> Telephone:   (415) 875-2300 <br> Facsimile:    (415) 281-1350 | DANIEL T. SHVODIAN (CSB No. 184576) <br> JAMES F. VALENTINE (CSB No. 149269) <br> FLOYD R. NATION <br> HOWREY LLP <br> 1950 University Avenue, 4th Floor <br> East Palo Alto, CA  94303 <br> Telephone:  (650) 798-3500 <br> Facsimile:   (650) 798-3600 <br> E-mail:  ShvodianD@howrey.com <br> E-mail:  ValentineJ@howrey.com <br> E-mail:  NationF@howrey.com |
| JOSEPH S. BELICHICK (CSB No. 229371) <br> E-Mail: jbelichick@fenwick.com <br> FENWICK & WEST LLP <br> Silicon Valley Center, 801 California Street <br> Mountain View, CA  94041 <br> Telephone:  (650) 988-8500 <br> Facsimile:   (650) 938-5200 | Attorneys for Defendants <br> JENOPTIK AG, JENOPTIK INFAB, INC., and EMTRAK, INC. |

Attorneys for Plaintiff and Counter-defendant
ASYST TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMPAK, INC.; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH, <br><br> Defendants. | Case No. C-98-20451 JF <br><br> **STIPULATION & [PROPOSED] ORDER REGARDING RELIEF FROM THE PROTECTIVE ORDER FOR PURPOSES OF APPELLATE BRIEFING ONLY** <br><br> Judge:    Hon. Jeremy Fogel |

Plaintiff Asyst Technologies, Inc. ("Asyst") and Defendants Emtrak, Inc., Jenoptik AG, and Jenoptik Infab, Inc. (collectively "Defendants"), by and through their counsel, respectfully submit this Stipulation requesting an order regarding relief from the Protective Order for purposes of facilitating the current appellate briefing in the Federal Circuit.

/ / /

**IT IS THUS HEREBY STIPULATED AND AGREED** as follows:

1. For the purposes of the 2007 appellate briefing only, the parties waive the confidentiality requirements of the Protective Order filed in this case on May 29, 1997, for the limited purpose of enabling the preparation and filing of certain documents as set forth herein.

2. This stipulation applies to documents that are in the Appendix for the 2007 appeal, but were not admitted during the January 2007 trial without restriction, including all documents that were included in the 2003 appendix, which the parties have agreed to include in the present appendix.

3. Notwithstanding any provision in the Protective Order to the contrary, the parties are allowed to review all documents in the Appendix for the 2007 appeal, including documents designated as attorneys' eyes only. Such review shall be limited to employees of the parties that need to review the documents for purposes related to the appeal. In all other respects, the parties shall continue to treat the documents in accordance with the Protective Order. For example, the parties are not permitted to publish or disclose any of the opposing party's confidential documents to third parties or to the public in general.

4. Because the appellate briefing will thus be filed without a confidentiality restriction, the parties may review all briefing and the supporting documents that are cited in the appellate briefs, regardless of the prior confidentiality designation of such documents. As stated above, however, such review shall be limited to employees of the parties that need to review the documents for purposes related to the appeal.

5. At the conclusion of this case, all documents governed by the Protective Order will be returned or destroyed in accordance with the Protective Order.

///

///

///

Dated:  November 1, 2007          FENWICK & WEST LLP

                                  By:      /s/ **Darryl M. Woo**
                                           Darryl M. Woo
                                        (CSB No. 100513)
                                        555 California Street, 12th Fl.
                                        San Francisco, CA 94104
                                        Telephone:  (415) 875-2300
                                        Facsimile:   (415) 281-1350

                                  Attorneys for Plaintiff and Counter-defendant
                                  ASYST TECHNOLOGIES, INC.

Dated:  November 1, 2007          HOWERY LLP

                                  By:      /s/ **Daniel T. Shvodian**
                                           Daniel T. Shvodian
                                        (CSB No. 184576)
                                        1950 University Avenue, 4th Floor
                                        East Palo Alto, CA  94303
                                        Telephone:  (650) 798-3500
                                        Facsimile:   (650) 798-3600

                                  Attorneys for Defendants and Counter-plaintiffs
                                  JENOPTIK AG, JENOPTIK INFAB, INC. and
                                  EMTRAK, INC.

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  11/2          , 2007

                                  Honorable Jeremy Fogel
                                  United States District Judge