**E-filed 1/24/08**

1  DANIEL T. SHVODIAN (State Bar No. 184576)
   JAMES F. VALENTINE (State Bar No. 149269)
2  FLOYD R. NATION
   HOWREY LLP
3  1950 University Avenue, 4th Floor
   East Palo Alto, CA 94303
4  Telephone: (650) 798-3500
   Facsimile: (650) 798-3600
5  E-mail: ShvodianD@howrey.com
   E-mail: ValentineJ@howrey.com
6  E-mail: NationF@howrey.com

7  Attorneys for Defendants
   JENOPTIK AG, JENOPTIK INFAB, INC.,
8  and EMTRAK, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMPAK, INC.; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No. 98-20451 JF <br><br> **STIPULATION TO CONTINUE THE HEARING DATE ON ASYST TECHNOLOGIES, INC.'S MOTION FOR REVIEW OF THE CLERK'S TAXATION OF COSTS AND [PROPOSED] ORDER** <br><br> Date: February 15, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br> Judge: Hon. Jeremy Fogel |

**HOWREY LLP**

STIPULATION TO CONTINUE HEARING ON ASYST'S MOTION FOR
REVIEW OF THE CLERK'S TAXATION OF COSTS & [PROPOSED] ORDER
Case No. 98-20451 JF

IT IS HEREBY STIPULATED AND AGREED that the hearing date on Asyst Technologies, Inc.'s Motion for Review of the Clerk's Taxation of Costs now set for February 15, 2008 at 9:00 a.m. be continued on the Court's calendar to April 25, 2008 at 9:00 a.m. in Courtroom 3, before the Honorable Jeremy Fogel. Good cause exists for this continuation due to a conflict with the appellate briefing in this matter.

Dated: January 22, 2008                              Respectfully submitted,


                                                  /s/ Daniel T. Shvodian
Daniel T. Shvodian
James F. Valentine
Floyd R. Nation
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600
E-mail: ShvodianD@howrey.com
E-mail: ValentineJ@howrey.com
E-mail: NationF@howrey.com

Attorneys for Defendants JENOPTIK AG, JENOPTIK INFAB, INC., and EMTRAK, INC.


Dated: January 22, 2008                                    /s/ Joseph S. Belichick
Joseph S. Belichick
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
E-mail: jbelichick@fenwick.com

Attorneys for Plaintiff
ASYST TECHNOLOGIES, INC.

HOWREY LLP

STIPULATION TO CONTINUE HEARING ON ASYST'S MOTION FOR
REVIEW OF THE CLERK'S TAXATION OF COSTS & [PROPOSED] ORDER      -1-
Case No. 98-20451 JF

# **ORDER**

The parties having so stipulated, and good cause appearing,

IT IS SO ORDERED that the hearing date on Asyst Technologies, Inc.'s Motion for Review of the Clerk's Taxation of Costs be continued from February 15, 2008 to April 25, 2008 at 9:00 a.m. in Courtroom 3.

Dated: 1/24/08

Honorable Jeremy Fogel
United States District Judge

**HOWREY LLP**

STIPULATION TO CONTINUE HEARING ON ASYST'S MOTION FOR
REVIEW OF THE CLERK'S TAXATION OF COSTS & [PROPOSED] ORDER     -2-
Case No. 98-20451 JF