DARRYL M. WOO (CSB No. 100513)
E-Mail: dwoo@fenwick.com
MICHAEL J. SACKSTEDER (CSB No.191605)
E-Mail: msacksteder@fenwick.com
DAVID D. SCHUMANN (CSB No. 223936)
E-Mail: dschumann@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:	(415) 875-2300
Facsimile:	(415) 281-1350

JOSEPH S. BELICHICK (CSB No. 229371)
E-Mail: jbelichick@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA  94041
Telephone:	(650) 988-8500
Facsimile:	(650) 938-5200

*Attorneys for Plaintiff–Appellant*
Asyst Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EMPAK, INC.,; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH,,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 98-20451 JF<br><br>**STIPULATION TO CONTINUE THE HEARING DATE ON ASYST TECHNOLOGIES, INC.'S MOTION FOR REVIEW OF THE CLERK'S TAXATION OF COSTS AND [PROPOSED] ORDER**<br><br>Date:	April 25, 2008<br>Time:	9:00 a.m.<br>Courtroom:	3<br>Judge:	Hon. Jeremy Fogel |

1    IT IS HEREBY STIPULATED AND AGREED that the hearing on Asyst Technologies,
2    Inc.'s Motion for Review of the Clerk's Taxation of Costs now set for April 25, 2008 at 9:00 a.m.
3    be continued on the Court's calendar to June 20, 2008 at 9:00 a.m. in Courtroom 3, before the
4    Honorable Jeremy Fogel.  Good cause exists for this continuation due to a conflict with briefing
5    and hearings in other matters.  Additionally, this continuation will not affect the satisfaction of
6    costs because the Court stayed costs pending the outcome of the appeal of the Court's Judgment,
7    for which a hearing has not yet been scheduled.

9    DATED: April 3, 2008                                        FENWICK & WEST LLP

                                        By:    /s/ David D. Schumann
                                               David D. Schumann

                                               Attorneys for Plaintiff
                                               ASYST TECHNOLOGIES, INC.


                                        By:    /s/ Daniel T. Shvodian
                                               Daniel T. Shvodian
                                               HOWREY LLP
                                               1950 University Avenue, 4th Floor
                                               East Palo Alto, CA  94304
                                               Email: ShvodianD@howrey.com

                                               Attorneys for Defendants JENOPTIK AG,
                                               JENOPTIK INFAB, INC.,
                                               And EMTRAK, INC.

     IT IS SO ORDERED.

     Dated:  4/4            , 2008        _____
                                          The Honorable Jeremy Fogel
                                          United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**STIP TO CONTINUE HEARING ON ASYST'S
MOTION FOR REVIEW OF COSTS AND
[PROPOSED] ORDER
CASE NO. 98-20451 JF**                    2

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, David Schumann, attest that concurrence in the filing of this document has been obtained from Daniel T. Shvodian, counsel for Jenoptik et al.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of April, 2008 in San Francisco, California.

*/s/ David D. Schumann*
David D. Schumann