1  DARRYL M. WOO (CSB No. 100513)
   E-Mail: dwoo@fenwick.com
2  MICHAEL J. SACKSTEDER (CSB No.191605)
   E-Mail: msacksteder@fenwick.com
3  DAVID D. SCHUMANN (CSB No. 223936)
   E-Mail: dschumann@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:   (415) 875-2300
6  Facsimile:     (415) 281-1350

7  JOSEPH S. BELICHICK (CSB No. 229371)
   E-Mail: jbelichick@fenwick.com
8  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
9  Mountain View, CA  94041
   Telephone:   (650) 988-8500
10 Facsimile:     (650) 938-5200

11 *Attorneys for Plaintiff–Appellant*
   Asyst Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMPAK, INC..; EMTRAK, INC.;  JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH,, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 98-20451 JF <br><br> **STIPULATION TO CONTINUE THE HEARING DATE ON ASYST TECHNOLOGIES, INC.'S MOTION FOR REVIEW OF THE CLERK'S TAXATION OF COSTS AND [PROPOSED] ORDER** <br><br> Date:          June 20, 2008 <br> Time:         9:00 a.m. <br> Courtroom: 3 <br> Judge:        Hon. Jeremy Fogel |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   IT IS HEREBY STIPULATED AND AGREED that the hearing on Asyst Technologies,
2   Inc.'s Motion for Review of the Clerk's Taxation of Costs now set for June 20, 2008 at 9:00 a.m.
3   be continued on the Court's calendar to July 25, 2008 at 9:00 a.m. in Courtroom 3, before the
4   Honorable Jeremy Fogel.  Good cause exists for this continuation due to Asyst's attorneys'
5   conflicts with briefing and hearings in other matters.  Additionally, Defendants do not oppose
6   staying the taxation of costs pending appeal.  Oral argument in the appeal of this case is
7   scheduled for July 9, 2008.

DATED: June 6, 2008                     FENWICK & WEST LLP

                                        By:    /s/ David D. Schumann
                                               David D. Schumann

                                        Attorneys for Plaintiff
                                        ASYST TECHNOLOGIES, INC.


                                        By:    /s/ Daniel T. Shvodian
                                               Daniel T. Shvodian
                                               HOWREY LLP
                                               1950 University Avenue, 4th Floor
                                               East Palo Alto, CA  94304
                                               Email:  ShvodianD@howrey.com

                                        Attorneys for Defendants JENOPTIK AG,
                                        JENOPTIK INFAB, INC.,
                                        And EMTRAK, INC.


        IT IS SO ORDERED.


        Dated:  6/12        , 2008       _____
                                         The Honorable Jeremy Fogel
                                         United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**STIP TO CONTINUE HEARING ON ASYST'S
MOTION FOR REVIEW OF COSTS AND
[PROPOSED] ORDER
CASE NO. 98-20451 JF**                   2

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David Schumann, attest that concurrence in the filing of this document has been obtained from Daniel T. Shvodian, counsel for Jenoptik et al.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6 day of June, 2008 in San Francisco, California.

                                               /s/ David D. Schumann
                                               David D. Schumann

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW