1  DARRYL M. WOO (CSB No. 100513)
   E-Mail:  dwoo@fenwick.com
2  MICHAEL J. SACKSTEDER (CSB No.191605)
   E-Mail:  msacksteder@fenwick.com
3  DAVID D. SCHUMANN (CSB No. 223936)
   E-Mail:  dschumann@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:   (415) 875-2300
6  Facsimile:    (415) 281-1350

7  JOSEPH S. BELICHICK (CSB No. 229371)
   E-Mail:  jbelichick@fenwick.com
8  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
9  Mountain View, CA  94041
   Telephone:   (650) 988-8500
10 Facsimile:    (650) 938-5200

11 *Attorneys for Plaintiff–Appellant*
   Asyst Technologies, Inc.

**E-Filed 9/11/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EMPAK, INC.,; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 98-20451 JF<br><br>**STIPULATION TO CONTINUE THE HEARING DATE ON ASYST TECHNOLOGIES, INC.'S MOTION FOR REVIEW OF THE CLERK'S TAXATION OF COSTS AND [PROPOSED] ORDER**<br><br>Date:         September 26, 2008<br>Time:        9:00 a.m.<br>Courtroom: 3<br>Judge:       Hon. Jeremy Fogel |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**IT IS HEREBY STIPULATED AND AGREED** that the hearing on Asyst Technologies, Inc.'s Motion for Review of the Clerk's Taxation of Costs now set for September 26, 2008 at 9:00 a.m. be continued on the Court's calendar to October 17, 2008 at 9:00 a.m. in Courtroom 3, before the Honorable Jeremy Fogel.  The letter briefs regarding the effect of the Court's 2004 Order on costs previously due 14 days prior to the September 26th hearing will be due October 3rd, 14 days prior to the new October 17, 2008 hearing date.  The Court previously continued this hearing because the Federal Circuit had not yet rendered an opinion in the pending appeal which potentially impacts the Court's decision on costs.  Good cause exists for this continuation because the Federal Circuit has yet to render the expected opinion.

DATED: September 10, 2008           FENWICK & WEST LLP

                                    By:   /s/ David D. Schumann
                                          David D. Schumann

                                          Attorneys for Plaintiff
                                          ASYST TECHNOLOGIES, INC.


                                    By:   /s/ Daniel T. Shvodian
                                          Daniel T. Shvodian
                                          HOWREY LLP
                                          1950 University Avenue, 4th Floor
                                          East Palo Alto, CA  94303
                                          Email:  ShvodianD@howrey.com

                                          Attorneys for Defendants JENOPTIK AG,
                                          JENOPTIK INFAB, INC.,
                                          and EMTRAK, INC.

**IT IS SO ORDERED.**

Dated:  September 11    , 2008        _____
                                      The Honorable Jeremy Fogel
                                      United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David Schumann, attest that concurrence in the filing of this document has been obtained from Daniel T. Shvodian, counsel for Jenoptik, *et al.*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of September, 2008 in San Francisco, California.

> /s/ David D. Schumann
> David D. Schumann

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIP TO CONTINUE HEARING ON ASYST'S MOTION FOR REVIEW OF COSTS AND [PROPOSED] ORDER**    3    **CASE NO. 98-20451 JF**