1  DARRYL M. WOO (CSB No. 100513)
   E-Mail:  dwoo@fenwick.com
2  MICHAEL J. SACKSTEDER (CSB No.191605)
   E-Mail:  msacksteder@fenwick.com
3  DAVID D. SCHUMANN (CSB No. 223936)
   E-Mail:  dschumann@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:   (415) 875-2300
6  Facsimile:    (415) 281-1350

7  JOSEPH S. BELICHICK (CSB No. 229371)
   E-Mail:  jbelichick@fenwick.com
8  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
9  Mountain View, CA  94041
   Telephone:   (650) 988-8500
10 Facsimile:    (650) 938-5200

11 *Attorneys for Plaintiff–Appellant*
   Asyst Technologies, Inc.

**E-Filed 10/3/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EMPAK, INC.,; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 98-20451 JF<br><br>**STIPULATION TO CONTINUE THE HEARING DATE ON ASYST TECHNOLOGIES, INC.'S MOTION FOR REVIEW OF THE CLERK'S TAXATION OF COSTS AND [PROPOSED] ORDER**<br><br>Date:         October 17, 2008<br>Time:        9:00 a.m.<br>Courtroom:   3<br>Judge:        Hon. Jeremy Fogel |

**IT IS HEREBY STIPULATED AND AGREED** that the hearing on Asyst Technologies, Inc.'s Motion for Review of the Clerk's Taxation of Costs now set for October 17, 2008 at 9:00 a.m. be continued on the Court's calendar to November 14, 2008 at 9:00 a.m. in Courtroom 3, before the Honorable Jeremy Fogel.  The letter briefs regarding the effect of the Court's 2004 Order on costs previously due 14 days prior to the October 17 hearing will be due October 31, 2008, 14 days prior to the new November 14, 2008 hearing date.  The Court previously continued this hearing because the Federal Circuit had not yet rendered an opinion in the pending appeal which potentially impacts the Court's decision on costs.  Good cause exists for this continuation because the Federal Circuit has yet to render the expected opinion.

DATED: October 1, 2008            FENWICK & WEST LLP

By:   /s/ David D. Schumann
       David D. Schumann

       Attorneys for Plaintiff
       ASYST TECHNOLOGIES, INC.

By:   /s/ Daniel T. Shvodian
       Daniel T. Shvodian
       HOWREY LLP
       1950 University Avenue, 4th Floor
       East Palo Alto, CA  94303
       Email:  ShvodianD@howrey.com

       Attorneys for Defendants JENOPTIK AG,
       JENOPTIK INFAB, INC.,
       and EMTRAK, INC.

**IT IS SO ORDERED.**

Dated:  10/3/08            , 2008      _____
                                        The Honorable Jeremy Fogel
                                        United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP TO CONTINUE HEARING ON
ASYST'S MOTION FOR REVIEW OF     1            CASE NO. 98-20451 JF
COSTS AND [PROPOSED] ORDER

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David Schumann, attest that concurrence in the filing of this document has been obtained from Daniel T. Shvodian, counsel for Jenoptik, *et al.*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of October, 2008 in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ David D. Schumann
　　　　　　　　　　　　　　　　　　　　　　　　David D. Schumann

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP TO CONTINUE HEARING ON
ASYST'S MOTION FOR REVIEW OF
COSTS AND [PROPOSED] ORDER

2

CASE NO. 98-20451 JF