1  DARRYL M. WOO (CSB No. 100513)
   E-Mail:  dwoo@fenwick.com
2  MICHAEL J. SACKSTEDER (CSB No.191605)
   E-Mail:  msacksteder@fenwick.com
3  DAVID D. SCHUMANN (CSB No. 223936)
   E-Mail:  dschumann@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:   (415) 875-2300
6  Facsimile:    (415) 281-1350

7  JOSEPH S. BELICHICK (CSB No. 229371)
   E-Mail:  jbelichick@fenwick.com
8  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
9  Mountain View, CA  94041
   Telephone:   (650) 988-8500
10 Facsimile:    (650) 938-5200

11 *Attorneys for Plaintiff–Appellant*
   Asyst Technologies, Inc.

**E-Filed 11/10/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASYST TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMPAK, INC.,; EMTRAK, INC.; JENOPTIK AG; JENOPTIK INFAB, INC.; and MEISSNER + WURST GmbH, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 98-20451 JF <br><br> **STIPULATION AND [PROPOSED] ORDER TO TAKE THE HEARING ON ASYST TECHNOLOGIES, INC.'S MOTION FOR REVIEW OF THE CLERK'S TAXATION OF COSTS OFF CALENDAR** <br><br> Date:         November 14, 2008 <br> Time:        9:00 a.m. <br> Courtroom:  3 <br> Judge:       Hon. Jeremy Fogel |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

---

**STIP TO TAKE HEARING ON ASYST'S MOTION FOR REVIEW OF COSTS OFF CALENDAR**

**CASE NO. 98-20451 JF**

1  **IT IS HEREBY STIPULATED AND AGREED** that the hearing on Asyst Technologies, Inc.'s Motion for Review of the Clerk's Taxation of Costs now set for November 14, 2008 at 9:00 a.m. be taken off the Court's calendar. The Court previously continued this hearing because the Federal Circuit had not yet rendered an opinion in the pending appeal which potentially impacts the Court's decision on costs. In the appeal in this matter, Asyst has requested rehearing and rehearing en banc at the Court of Appeals for the Federal Circuit. That request is currently pending. Thus, the parties agree that good cause exists to take the hearing regarding the cost award, currently scheduled for November 14, off the Court's calendar until that request is resolved. Once the issue is resolved, the parties will contact the Court to reschedule the hearing.

DATED: November 7, 2008       FENWICK & WEST LLP

By:   /s/ David D. Schumann
      David D. Schumann

      Attorneys for Plaintiff
      ASYST TECHNOLOGIES, INC.

By:   /s/ Daniel T. Shvodian
      Daniel T. Shvodian
      HOWREY LLP
      1950 University Avenue, 4th Floor
      East Palo Alto, CA  94303
      Email: ShvodianD@howrey.com

      Attorneys for Defendants JENOPTIK AG,
      JENOPTIK INFAB, INC.,
      and EMTRAK, INC.

**IT IS SO ORDERED.**

Dated:  11/10/08        , 2008      _____
                                    The Honorable Jeremy Fogel
                                    United States District Judge

---

STIP TO TAKE HEARING ON ASYST'S
MOTION FOR REVIEW OF COSTS OFF        2        **CASE NO. 98-20451 JF**
CALENDAR

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David Schumann, attest that concurrence in the filing of this document has been obtained from Daniel T. Shvodian, counsel for Jenoptik, *et al.*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of November, 2008 in San Francisco, California.

                                          /s/ David D. Schumann
                                          David D. Schumann